UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re MOSHE ISAAC STEIN,<br><br>　　　　　Plaintiff. | No. C 11-5723 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to Judge Henderson of this court regarding medical care. In an effort to protect his rights, it was filed as a new civil rights case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has not responded. This case therefore is **DISMISSED** without prejudice as opened in error. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 18, 2012.

　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\PJH\HC.11\STEIN5723.DSM.wpd